AO 440 (12/09)   Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## District of Kansas

| | |
|---|---|
| Sunflower Bank, N.A. <br> *Plaintiff* <br> v. <br> H.P. Construction Ltd. <br> *Defendant* | ) <br> ) <br> ) Civil Action No.  11-CV-1324-JWL-JPO <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   H.P. Construction Ltd.
33695 South Fraser Way
Abbotsford, British Columbia, V2S 2C1

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael P. Alley
Clark, Mize & Linville, Chartered
129 S. Eighth, P.O. Box 380
Salina, Kansas 67402-0380

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:     January 11, 2012

TIMOTHY M. O'BRIEN
CLERK OF COURT
259 Robert J. Dole U.S. Courthouse
500 State Ave
Kansas City KS 66101-2431

s/Sarah M. Golay
*Signature of Clerk of Deputy Clerk*

AO 440 (12/09)    Summons in a Civil Action (Page 2)

Civil Action No. 11-CV-1324-JWL-JPO

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* **H. P. Construction Ltd.**
was received by me on *(date)* **18 January 2012**.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Isabelle, Administration Assistant**, who is designated by law to accept service of process on behalf of *(name of organization)* **H. P. Construction Ltd. c/o RDM Lawyers at 33695 South Fraser Way, Abbotsford, British Columbia** on *(date)* **18 January 2012** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: **19 January 2012**

_____

**Michelle Morris**
*Printed name and title*

**100-840 Howe St., Vancouver, BC, Canada**
*Server's address*

Additional information regarding attempted service, etc: